**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 4 EAL 2022

            Respondent                :

                                            :   Petition for Allowance of Appeal

                  v.                             :   from the Order of the Superior Court

                                            :

TYREE WATSON,                                :

            Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.